IN THE SUPREME COURT OF THE STATE OF DELAWARE

WILLIAM R. USHLER, §
 §
 Defendant Below, § No. 327, 2025
 Appellant, §
 § Court Below—Superior Court
 v. § of the State of Delaware
 §
STATE OF DELAWARE, § Cr. ID No. 2204009600 (N)
 §
 Appellee. §

Submitted: November 5, 2025
Decided: December 30, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

After careful consideration of the appellant's opening brief and motion for recusal, the appellee's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's order, dated July 9, 2025, denying the appellant's first motion for postconviction relief under Superior Court Criminal Rule 61.[1]  The appellant's motion to recuse a deputy attorney general who did not file or appear on the appellee's motion to affirm is moot.

---

[1] *State v. Ushler*, 2025 WL 1898104 (Del. Super. Ct. July 9, 2025).

NOW, THEREFORE, IT IS ORDERED that motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.  The motion for recusal is moot.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice